UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

THE UNITED STATES OF AMERICA                     **CASE NO.**: 21-cr-603-**14** (VEC)

      - against -

                                                                 **APPEARANCE**
                                                              **OF COUNSEL**

**EDDIE ROBINSON**,

                                  Defendant.
-------------------------------------------------------------------------------X

TO:   The Clerk of Court and all parties of record I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for **EDDIE ROBINSON.**

Dated:      New York, NY
            October 7, 2021

                                              /s/_____
                                              Todd A. Spodek
                                              Spodek Law Group, P.C.
                                              85 Broad Street, 17th Fl.
                                              New York, NY 10004
                                              Main: (212) 300-5196
                                              Fax: (212) 300-6371
                                              ts@spodeklawgroup.com

TO:   All Counsel (Via ECF)

---

SPODEK LAW GROUP, P.C             Appearance of Counsel          **United States v. Robinson**
Treating you like family since 1976