**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/17/2022



Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

June 17, 2022

<u>**BY ECF:**</u>

Hon. Valerie E. Caproni
District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

      RE:    United States v. Eddie Robinson
                Case No.: 1:21-cr-00603-**14** (VEC)
                <u>First Request for a Modification of Release Conditions</u>

Dear Judge Caproni:

      Please be advised that Spodek Law Group P.C. represents **Eddie Robinson**. Mr. Robinson is scheduled to appear before Your Honor today, <u>June 17, 2022</u> at 2:00 p.m., for a change of plea hearing.

      Mr. Robinson respectfully requests a modification of his release conditions to permit travel from the United States to Canada from <u>June 18, 2022,</u> through <u>June 22, 2022,</u> and <u>July 7, 2022,</u> through <u>July 25, 2022</u>.

      Mr. Robinson would like to spend Father's Day with his family from <u>June 18, 2022</u>, through <u>June 22, 2022</u>. Additionally, Mr. Robinson has a work engagement from July 8th through July 10th in Halifax, Canada. Lastly, Ms. Robinson has a work trip to Los Angeles from July 21st through July 24th during which Mr. Robinson will be providing childcare to their son. Mr. Robinson will be staying at his residence in Nova Scotia during both trips and has provided lodging and itinerary information to Pretrial Services.

---

Hon. Valerie E. Caproni, *District Court Judge*
Page **2** of **2**

  The Government does not object to either request. Pretrial Services does not object to the Father's Day weekend trip but has not yet relayed their position as to the July trip.

  Thank you for your consideration.

Sincerely,
**Spodek Law Group P.C.**
/S/ Todd A. Spodek

TAS/az
cc: All Counsel (By ECF.)
   PTSO Viosanny Harrison (By Email.)

---

Application GRANTED.  Pre-trial Services is directed to provide Mr. Robinson with his passport.  Mr. Robinson must return his passport to Pre-trial Services within 48 hours of his return to the United States on July 25, 2022.

SO ORDERED.

*[signature]* Date: June 17, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

85 Broad Street, 17th Floor NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com