USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA        :
          :
      -against-        :      21-CR-603 (VEC)
          :
          :      <u>ORDER</u>
EDDIE ROBINSON,        :
          :
         Defendant.  :
          :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on June 17, 2022, the parties appeared for a change-of-plea hearing; and

    WHEREAS Mr. Robinson entered a plea of guilty, which was accepted by the Court;

    IT IS HEREBY ORDERED that Mr. Robinson's sentencing is scheduled for **Wednesday, October 12, 2022 at 10:30 A.M.**  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Pre-sentencing submissions are due no later than **Wednesday, September 28, 2022**.

**SO ORDERED.**

**Dated: June 19, 2022**
    **New York, NY**                                     _____
                                               **VALERIE CAPRONI**
                                               **United States District Judge**