



Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/30/2022

**MEMO ENDORSED**

June 30, 2022

**BY ECF:**

Hon. Valerie E. Caproni
District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

      RE:    United States v. Eddie Robinson
               Case No.: 1:21-cr-00603-**14** (VEC)
               <u>Second Request for a Modification of Release Conditions</u>

Dear Judge Caproni:

Please be advised that Spodek Law Group P.C. represents **Eddie Robinson**.

On <u>June 17, 2022</u>, Your Honor granted Mr. Robinson permission to travel to Canada from July 7th through July 25th. Due to issues with flights, and the purchase thereof, Mr. Robinson respectfully requests a modification of the travel dates.

Specifically, Mr. Robinson would like to depart on <u>July 5, 2022</u> and return on <u>July 27, 2022</u>. Neither Pretrial Services nor the Government object to this request.

Thank you for your consideration.

                           Sincerely,
                         **Spodek Law Group P.C.**
                         /S/ Todd A. Spodek

TAS/az
cc:    All Counsel (By ECF.)
       PTSO Viosanny Harrison (By Email.)

Application GRANTED.

SO ORDERED.

*Valerie Caproni* 06/30/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE