USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                :
:
       -against-                :    21-CR-603 (VEC)
:
:    <u>ORDER</u>
:
EDDIE ROBINSON,                         :
                Defendant.        :
:
------------------------------------------------------------------:
                                                                             X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 11, 2022, Pretrial Services reported that Mr. Robinson has violated the conditions of his bail in that he has: failed to participate in drug treatment (he had unexcused absences on January 14, 2022, February 22, 2022, March 21, 2022, March 22, 2022, and May 13, 2022); continued to use unlawful drugs (he had positive drug tests on December 30, 2021, April 8, 2022, April 20, 2022, and July 25, 2022,; and travelled outside the Southern District of Texas without permission.

       WHEREAS Mr. Robinson is scheduled to be sentenced on October 12, 2022;

       IT IS HEREBY ORDERED that Mr. Robinson's attorney and his Pretrial Services officer are directed to inform Mr. Robinson, not later than August 15, 2022, that the Court will consider his failure to comply with the conditions of pretrial release at the time of sentence; and

IT IS FURTHER ORDERED that Pretrial Services in Southern District of Texas is required to test Mr. Robinson for drug use at least three additional times before the sentencing hearing scheduled on October 12, 2022, and to report to this Court, with a copy to Defendant and the United States, on **October 5, 2022**: the results of the drug tests that post-date August 15, 2022; whether Mr. Robinson has any further unexcused absences from mandated drug treatment and, if so, the dates; whether Mr. Robinson has again travelled outside the Southern District of Texas without permission; and whether Mr. Robinson has violated the conditions of his pretrial release in any other way after the date of this Order.

**SO ORDERED.**

**Date: August 11, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**