**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2024

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

December 9, 2024

**BY ECF:**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:    United States v. Eddie Robinson
            Case No.: 1:21-cr-00603-14 (VEC)
            Letter Motion Seeking Temporary Modification of Defendant's
            Supervised Release

Dear Judge Caproni:

      Please be advised that I represent **Eddie Robinson** in the above-captioned action.

      Mr. Robinson is currently subject to Your Honor's judgment, imposed on October 10, 2022, which included a non-custodial sentence of three years' supervised release (ECF No.: 595). Mr. Robinson has previously lived and worked in Canada, and, through his wife, has extensive family connections in Canada. Mr. Robinson is a Canadian Permanent Resident, and, as such, can enter Canada at will. On November 18, 2022, the Court endorsed Mr. Robinson's request to have his passport returned to him so he could visit his family in Canada (ECF No.: 673).

      Mr. Robinson now respectfully requests the ability to travel to Canada with his family from December 23, 2024, through December 29, 2024.

      Mr. Robinson's flight to Canada would depart from Houston on December 23rd and arrive in Toronto that same day. From Toronto, he would take a connecting flight on December 24th to Halifax, where his wife's family resides.

      The temporary modifications will terminate on December 30, 2024, including the return of his passport.

    Neither Probation nor the Government objects to Mr. Robinson's planned trip or the temporary return of his passport.

    Thank you in advance for your attention to this matter.

Sincerely,<br>
**Spodek Law Group P.C.**<br>
/s/ Todd A.Spodek<br>
Todd A. Spodek

cc:    All Counsel of Record (By ECF).
       PO Katia Martinez (By Email).

---

Application GRANTED.

SO ORDERED.

*[signature]*    12/10/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE